NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3052

ROBERT A. BERMAN,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DC0752090294-I-1.

ON MOTION

Before DYK, Circuit Judge.

## ORDER

Robert A. Berman moves without opposition to stay the briefing schedule in this petition pending the United States Court of Appeals for the District of Columbia Circuit's disposition of United States v. Project on Gov't Oversight, et al., consolidated case nos. 08-5182, 08-5465, and 08-5466. The Department of the Interior moves for leave to file a response to Berman's motion to stay out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Berman's motion to stay is granted. Berman is directed to inform this court within 21 days of the issuance of District of Columbia Circuit's decision in United States v. Project on Gov't Oversight.

(2) The Department's motion for leave to file a response out of time is granted.

FOR THE COURT

JAN 2 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert A. Berman
Joshua E. Kurland, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 7 2010

JAN HORBALY
CLERK

2010-3052                                2